Filed:  December 4, 1997

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 97-2043
(CA-97-1821-JFM)

John Wingert,

Plaintiff - Appellant,

versus

United States Government,

Defendant - Appellee.

O R D E R

The Court amends its opinion filed November 19, 1997, as follows:

On page 2, first paragraph, line 3 -- the word "allged" is corrected to read "alleged."

For the Court - By Direction

/s/ Patricia S. Connor

Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2043**

———————

JOHN WINGERT,

                                        Plaintiff - Appellant,

        versus

UNITED STATES GOVERNMENT,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-97-1821-JFM)

———————

Submitted:  November 6, 1997        Decided:  November 19, 1997

———————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

John Wingert, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) (West Supp. 1997). Appellant alleged the existence of a wide-ranging conspiracy between the Ku Klux Klan and the United States Government to control him and cause him harm. We have reviewed the record and the district court's opinion and find no abuse of discretion. <u>Wingert v. United States Gov't</u>, No. CA-97-1821-JFM (D. Md. June 11, 1997). Accordingly, we dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>